**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :     No. 912 MAL 2015
                                  :
            Respondent            :
                                  :
                                  :     Petition for Allowance of Appeal from
                                  :     the Order of the Superior Court
            v.                    :
                                  :
                                  :
JOEL G. MUIR,                     :
                                  :
            Petitioner            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Eakin did not participate in the decision of this matter.

    Justice Donohue did not participate in the consideration or decision of this matter.